IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FORIS DAX INC. d/b/a CRYTPO.COM,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION; GARY GENSLER; CAROLINE A. CRENSHAW; JAIME E. LIZÁRRAGA; HESTER M. PEIRCE; and MARK T. UYEDA, in their official capacities,<br><br>    Defendants. | No. 6:24-cv-00373-JDK |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Foris DAX Inc. notifies the court that it voluntarily dismisses this action with prejudice.

Dated: December 16, 2024

Noel J. Francisco
D.C. Bar No. 464752
Brett A. Shumate
D.C. Bar No. 974673
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  +1.202.879.3939
Facsimile:   +1.602.626.1700
E-mail: njfrancisco@jonesday.com
E-mail: bshumate@jonesday.com

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
(for Mark W. Rasmussen, with permission)
Mark W. Rasmussen (Lead Attorney)
Texas State Bar No. 24086291
Jonathan D. Guynn
Texas State Bar No. 24120232
Timothy M. Villari
Texas State Bar No. 24125870
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone:  +1.214.220.3939
Facsimile:   +1.214.969.5100
E-mail: mrasmussen@jonesday.com
E-mail: jguynn@jonesday.com
E-mail: tvillari@jonesday.com

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
glennthames@potterminton.com
Texas Bar No. 00785097
POTTER MINTON
A Professional Corporation
102 N. College, Suite 900
Tyler, Texas 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and distribution to all registered participants of the CM/ECF system, which will serve all counsel of record.

/s/ *E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.